# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

CAROLINA CASUALTY INS. CO.
and MARTHA E. VALENCIA d/b/a
GONI TRUCKING,                                    :

    Plaintiffs,                              :

v.                                                :        CA 11-0299-C

TONY'S TOWING, INC.,                              :

    Defendant.                               :

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this Court lacks subject matter jurisdiction, and accordingly, the defendant's motion to dismiss (Doc. 6) be **GRANTED** in its entirety and that the plaintiffs' complaint (Doc. 1), as amended (Doc. 8), be **DISMISSED WITHOUT PREJUDICE**.

**DONE** this the 22nd day of September, 2011.

                                                s/WILLIAM E. CASSADY
                                              **UNITED STATES MAGISTRATE JUDGE**